No. 77–5839.  LONGORIA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–5845.  ZUBER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–5848.  DIXON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–5854.  SPEIR ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–5889.  LIVINGSTON ET AL. *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 77–5892.  SHANNON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5936.  PALANACKI *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–5940.  SMOLSKY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5949.  JARDAN *v.* HUNTER, U. S. DISTRICT JUDGE. C. A. 8th Cir.  Certiorari denied.

No. 77–5955.  McDONNELL *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–5965.  COX *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 77–5975.  HORNG *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 77–5976.  EMLER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–5994.  MASEL *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.